Opinion issued May 7, 2009











In The

Court of Appeals

For The

First District of Texas

____________


NOS. 01-09-00326-CR 

 01-09-00327-CR

____________


JEFFERY BROOKS DAWSEY, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 252nd District Court 

Jefferson County, Texas

Trial Court Cause Nos. 89836 and 92373






MEMORANDUM OPINION

 On April 27, 2009, appellant, Jeffrey Brooks Dawsey, filed, in each of the
above-referenced appeals, a motion to dismiss. The motions comply with the Texas
Rules of Appellate Procedure. See Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, the motions are granted and
the appeals are dismissed. 

 The Clerk of this Court is directed to issue the mandate within 15 days. Tex.
R. App. P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack, and Justices Alcala and Hanks. 

Do not publish. Tex. R. App. P. 47.2(b).